UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DENNIS BROWN, 99B1261,

   Petitioner,

-v-

MONROE COUNTY SHERIFF and AREA SUPERVISOR, DIVISION OF PAROLE OF THE EXECUTIVE DEPARTMENT OF THE STATE OF NEW YORK,

   Respondent.

**DECISION and ORDER**
10-CV-6703L(P)



---

  The instant habeas action was transferred to this Court from the Northern District of Georgia (Docket # 2). It appears from the papers, for which the caption is "State of New York, County Court," that petitioner intended that this habeas petition be filed in New York State Court. The file also includes what appears to be a cover letter directing that the papers be mailed to a specific address at the Monroe County Court, with a copy to the New York State Attorney General, Rochester, New York. For this reason, this action is dismissed without prejudice.

  The Clerk of Court is directed to send petitioner a copy of this Order and a copy of this petition, which he can sign and forward to the appropriate State Court. Petitioner's original papers are in the Northern District of Georgia.

  SO ORDERED.

Dated:  12/28, 2010
   Buffalo, New York

              WILLIAM M. SKRETNY
              Chief Judge
              United States District Court